■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL G. ALLEN, Appellant.—Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered on March 4, 1988, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Kupferman, Asch, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED LEWIS, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on June 7, 1984, and an order of said court, entered on May 26, 1987, unanimously affirmed. The motions to strike respondent's brief and for costs are denied. No opinion. Concur—Ross, J. P., Asch, Kassal and Wallach, JJ.

■ CESAREA REGINA, Individually and as Administratrix of the Estate of JOSEPH REGINA, Deceased, et al., Respondents, v BEECHWOOD ASSOCIATES et al., Appellants and Third-Party Plaintiffs-Appellants and Second Third-Party Plaintiffs-Appellants. PRO CARPENTRY CORP., Third-Party Defendant-Respondent; SCHIPP CONSTRUCTION CORP., INC., et al., Second Third-Party Defendants-Respondents.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on March 23, 1988, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on or about November 6, 1987, is unanimously dismissed as having been superseded by the appeal from the aforesaid order, without costs and without disbursements. The motion by plaintiffs-respondents to dismissed the appeal, and for other relief, is denied in its entirety. No opinion. Concur—Ross, J. P., Asch, Kassal and Wallach, JJ.